**STATE of Missouri, Respondent,**

v.

**Roland B. MILLER, Jr., Appellant.**

**No. WD 39413.**

Missouri Court of Appeals,
Western District.

April 19, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

Application to Transfer Denied
July 26, 1988.

Roland B. Miller, Jr., pro se.

Victor B. Peters, Pros. Atty., Platte City, for respondent.

Before NUGENT, P.J., and CLARK and KENNEDY, JJ.

**ORDER**

**PER CURIAM.**

Appeal from conviction of trespass in the first degree, § 569.140, RSMo 1986, and

**18**

sentence of four months confinement and fine of $500.00.

Judgment affirmed. Rule 30.25(b).